JMK:DCP
F. #2018R01039

FILED
CLERK

2018 MAY 30  PM 3:51

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOHN DOE,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. **CR 18  274**

**BLOCK, J.**

**SCANLON, M.J.**

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           May 30, 2018

                                              RICHARD P. DONOGHUE
                                              United States Attorney
                                              Eastern District of New York
                                              271 Cadman Plaza East
                                              Brooklyn, New York 11201

                    By:     /s/
                                   David C. Pitluck
                                   Assistant United States Attorney
                                   (718) 254-6108

Cc:    Clerk of the Court